IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

**Iymen Chehade,**

      Plaintiff,

  v.

**Marie Newman, in her individual and official capacities,**

      Defendant.

Case No. 21-cv-1036

**Honorable Jorge L. Alonso**

## JOINT STIPULATION OF DISMISSAL

It is hereby stipulated and agreed by and between Iymen Chehade and Marie Newman, through their respective attorneys, that said action be dismissed with prejudice and without fees or costs to either party, and that judgment of dismissal with prejudice may be entered without further notice.

WHEREFORE, the parties respectfully request that this Court enter an order dismissing this case with prejudice.

| Iymen Chehade, Plaintiff | Marie Newman, in her individual capacity |
|---|---|
| By: /s/ Rima Kapitan<br>Atty No. 6286541<br>Kapitan Law Office, Ltd.<br>P.O. Box 6779<br>Chicago, IL 60680<br>(312) 566-9590<br>rkapitan@kapitanlaw.net | By: /s/ Ed Mullen<br>ED MULLEN<br>MULLEN LAW FIRM at the<br>WESTSIDE JUSTICE CENTER<br>601 S. California Avenue<br>Chicago, IL 60612<br>(312) 508-9433<br>ed_mullen@mac.com<br>(ARDC #6286924) |

CERTIFICATE OF SERVICE

I certify that I filed the foregoing stipulation electronically on June 29, 2021, which constitutes service on counsel for Defendants, who are registered participants in the CM/ECF system.

/s/ Rima Kapitan